NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30548**
**20-SEP-2012**
**09:08 AM**

NO. 30548

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MICHAEL DAVID SAKATANI; CHRISTINE MARIE SAKATANI;
808 DEVELOPMENT LLC., Plaintiffs-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Plaintiffs,
v.
GLEN NOBUKI MURAKAMI; ANN SUE ISOBE; 4902 KAHALA LLC; AMERICAN
SAVINGS BANK, F.S.B.; ARMAND BEHPOUR, Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE
GOVERNMENTAL UNITS 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1671)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the Stipulation to Dismiss Appeal filed
on September 14, 2012 by the parties hereto, and in consideration
of the record and files in this case, it is hereby ordered that

the Stipulation to Dismiss Appeal is approved and this appeal is dismissed.  Each party to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii, September 20, 2012.

Presiding Judge

Associate Judge

Associate Judge

2